767 A.2d 479

IN THE MATTER OF JAY G. HELT, AN ATTORNEY AT LAW.

March 8, 2001.

## ORDER

The Disciplinary Review Board having filed with the Court its decision concluding that **JAY G. HELT** of **HOLMDEL,** who was admitted to the bar of this State in 1983, should be reprimanded for violating *RPC* 1.16(d) (failure to surrender papers and property upon termination of representation), and good cause appearing;

It is ORDERED that **JAY G. HELT** is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.